

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ROMEO VASQUEZ-RAMIREZ (2),

    Defendant.

Case No. 17-CR-2260-WQH

**JUDGEMENT AND ORDER**

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant WILLIAM ROMEO VASQUEZ-RAMIREZ (2). Defendant shall be released from criminal custody in this case. The Sentencing Hearing scheduled for January 2, 2018, at 9:00 a.m., shall be vacated.

SO ORDERED.

DATED: 12/7/17

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE